# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
CHARLOTTE LUCKETT

**DEFENDANTS**
FIRST MIDWEST BANK, BRIAN HUTTON, BRENDA MARSHALL, VINCENT FRENCH

**(b) County of Residence of First Listed Plaintiff:** COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** DU PAGE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number):**
ROBERT HANDELSMAN
SUITE 1717, 77 W. WASHINGTON ST.
CHICAGO, IL 60602
312-977-1600

**Attorneys (If Known):**
FILED
MARCH 12, 2008   TC
08CV1501
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1, DEF [X] 1
Incorporated or Principal Place of Business In This State: DEF [X] 4

## IV. NATURE OF SUIT
[X] 430 Banks and Banking

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
12 U.S.C. § 2154-1(a)

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 240,000
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

**SIGNATURE OF ATTORNEY OF RECORD:** /s/ Robert Handelsman