# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

**LUCKETT VS FIRST MIDWEST BANK**

Case Number: **08CV1501**

FILED
MARCH 12, 2008    TC
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**PLAINTIFFS**

| (A) | (B) |
|---|---|
| SIGNATURE: *Robert Handelsman* | SIGNATURE: *Terence J. Tyksinski* |
| NAME: ROBERT HANDELSMAN | NAME: TERENCE J. TYKSINSKI |
| FIRM: | FIRM: |
| STREET ADDRESS: SUITE 1717  77 W. WASHINGTON | STREET ADDRESS: SUITE 517  77 W. WASHINGTON |
| CITY/STATE/ZIP: CHICAGO, IL. 60602 | CITY/STATE/ZIP: CHICAGO, IL. 60602 |
| TELEPHONE NUMBER: 312-977-1600 | TELEPHONE NUMBER: 312-372-3525 |
| IDENTIFICATION NUMBER: 1115731 | IDENTIFICATION NUMBER: 2872005 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.