# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

**LUCKETT VS FIRST MIDWEST BANK**

Case Number: **08 C 1501**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**PLAINTIFFS**

---

**(A)**

SIGNATURE: *Terence J. Tyksinski* (signed)
NAME: TERENCE J. TYKSINSKI
FIRM:
STREET ADDRESS: SUITE 517, 77 W. WASHINGTON
CITY/STATE/ZIP: CHICAGO, ILL. 60602
TELEPHONE NUMBER: 312-372-3525
IDENTIFICATION NUMBER: 2872005
MEMBER OF TRIAL BAR? YES ☒ NO ☐
TRIAL ATTORNEY? YES ☒ NO ☐

**(B)**
(blank)

**(C)**
(blank)

**(D)**
(blank)