AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

CHARLOTTE LUCKETT, et al,
Plaintiffs

CASE NUMBER: 08 C 1501

V.

ASSIGNED JUDGE: CASTILLO

FIRST MIDWEST BANK, BRENDA MARSHALL, as parent and next friend of BRANDON HUTTON and BRIANNA HUTTON, BRIAN HUTTON, Jr., VINCENT FRENCH,
Defendants

DESIGNATED
MAGISTRATE JUDGE: BROWN

TO: (Name and address of Defendant)

FIRST MIDWEST BANK   ATTN: BRAD WARREN
SUITE 1500                        OR
ONE PIERCE PLACE       CHRISTA CARLSON
ITASCA, ILL. 60143

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT A. HANDELSMAN
ATTORNEY AT LAW
SUITE 1717
77 W. WASHINGTON ST.
CHICAGO, ILLINOIS 60602
312-977-1600

an answer to the complaint which is herewith served upon you, within ten 20 with attorney's days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 1 4 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-17-2008 |
| NAME OF SERVER (PRINT) Marvin D. Leiner | TITLE owner, Leiner Process Service |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: First Midwest Bank 3800 Rock Creek Rd. Joliet, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Christa Carlson

☐ Returned unexecuted:

☒ Other (specify): Also served Attorney's Lein w/ Summons + Complaint

### STATEMENT OF SERVICE FEES

| TRAVEL $60.00 | SERVICES $50.00 | TOTAL $110.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-19-2008
Date

Signature of Server

32 Darrow, Evanston, IL 60202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.