# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

**LUCKETT VS FIRST MIDWEST BANK**

2008 MAR 26 AM 11:0[?]

Case Number: **08 C 1501**
Judge Castillo

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**PLAINTIFFS**

### (A)
- SIGNATURE: [signed] Terence J. Tyksinski
- NAME: TERENCE J. TYKSINSKI
- FIRM:
- STREET ADDRESS: SUITE 517, 77 W. WASHINGTON
- CITY/STATE/ZIP: CHICAGO, ILL. 60602
- TELEPHONE NUMBER: 312-372-3525
- IDENTIFICATION NUMBER: 2872006
- MEMBER OF TRIAL BAR? YES [X] NO [ ]
- TRIAL ATTORNEY? YES [X] NO [ ]

### (B)
FILED
MAR 26 2008 ae
3-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

- MEMBER OF TRIAL BAR? YES [ ] NO [ ]
- TRIAL ATTORNEY? YES [ ] NO [ ]
- DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ]

### (C)
- SIGNATURE:
- NAME:
- FIRM:
- STREET ADDRESS:
- CITY/STATE/ZIP:
- TELEPHONE NUMBER:
- IDENTIFICATION NUMBER:
- MEMBER OF TRIAL BAR? YES [ ] NO [ ]
- TRIAL ATTORNEY? YES [ ] NO [ ]
- DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ]

### (D)
- SIGNATURE:
- NAME:
- FIRM:
- STREET ADDRESS:
- CITY/STATE/ZIP:
- TELEPHONE NUMBER:
- IDENTIFICATION NUMBER:
- MEMBER OF TRIAL BAR? YES [ ] NO [ ]
- TRIAL ATTORNEY? YES [ ] NO [ ]
- DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ]