## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08cv1501 |
|---|---|
| CHARLOTTE LUCKETT, et al. | |
| Plaintiffs, | Judge Castillo |
| v. | |
| FIRST MIDWEST BANK, et al., | Magistrate Brown |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FIRST MIDWEST BANK**

| | |
|---|---|
| NAME (Type or print) | |
| Angela Stinson-Marti | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Angela Stinson-Marti | |
| FIRM | |
| Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS | |
| 225 W. Wacker Drive, Suite 2800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606-1229 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6279869 | (312) 201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on **APRIL 3, 2008**, a copy of the foregoing **APPEARANCE**, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Angela L. Stinson-Marti