UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCKETT, <br><br> Plaintiff, <br><br> v. <br><br> FIRST MIDWEST BANK, <br><br> Defendant. | 08 C 1501 <br> Judge Castillo <br> Magistrate Brown |

## DEFENDANT FIRST MIDWEST BANK'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant First Midwest Bank ("First Midwest") moves the Court for an extension of time to answer or otherwise plead in response to the Plaintiffs' Complaint. In support of its Motion, First Midwest states as follows:

**Procedural Background**

1. Plaintiffs Charlotte Luckett, Ludella Parks, Rosetta Catlett, Alvin Hutton, Fletcher Hutton, Rodney Hutton, Philip Hutton, Maurice Hutton, Calvin Hutton, Fenner Hutton, Jr., Yolanda Hutton, Cateria Hutton, Lentell Hutton, Levar Hutton, Ivory Jean Hutton, Aronta Tucker, Arreium Tucker, Arteshia Tucker, and Anthony Tucker, Jr. filed their Complaint on March 12, 2008, purporting to assert claims against First Midwest for breach of fiduciary duty.

2. Plaintiffs served First Midwest with the original Complaint on March 18, 2008.

3. On March 27, 2008, Plaintiffs filed their First Amended Complaint (the "Amended Complaint").

4. At this time, it is unclear whether and on what date First Midwest was served with the Amended Complaint.

5.　　Pursuant to Fed. R. Civ. P. 6(a), 6(e) and 15(a), First Midwest's pleading in response to Plaintiffs' Amended Complaint is due to be filed <u>at the earliest</u> on or before April 10, 2008.

**Nature of Plaintiff's Claims and Basis for Extension of Time**

6.　　In their Complaint, Plaintiffs allege that subject-matter jurisdiction is premised upon 28 U.S.C. Secs. 1331 and 1337(a). However, the only claim in their Complaint against First Midwest is a state law abuse of fiduciary duty claim.

7.　　Since Plaintiffs' claim against First Midwest is based in state law, Plaintiffs' Complaint is subject to a motion to dismiss for lack of subject-matter jurisdiction.

8.　　However, pursuant to this Court's standing orders, "[p]rior to filing any motion to compel, to dismiss, or for summary judgment, the moving party shall first serve the nonmoving party with a concise letter summarizing the legal and factual grounds for the motion, with references to supporting authorities, and make a sincere effort to resolve issues relating to the motion." <u>Judge Ruben Castillo, Case Management Procedures, pg.2</u>.

9.　　As stated, First Midwest's responsive motion is due to be filed, at the earliest, on or before April 10, 2008.

10.　　In order to comply with this Court's Standing Orders, First Midwest requests an additional 20 days to answer or otherwise plead in response to Plaintiffs' Amended Complaint, thereby making First Midwest's responsive pleading due on or before April 30, 2008.

11.　　Extending the time period for First Midwest to answer or otherwise respond will allow First Midwest sufficient time to serve the required correspondence on Plaintiffs' counsel, as well as allow time for Plaintiffs' counsel to consider First Midwest's position, confer with Plaintiffs and allow for an attempted resolution. In the event the resolution attempt fails,

1867567-1　　　　　　　　　　　　　　　　2

extending the time period also allows First Midwest time to prepare its response to Plaintiffs' Complaint.

12. The undersigned certifies that First Midwest does not bring this motion for the purpose of delay or for any other improper purpose.

FIRST MIDWEST BANK, N.A.,


/s/ Angela Stinson-Marti
One of its Attorneys

Craig M. White (#2999668)
Angela Stinson-Marti (#6279869)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL  60606-1229
Phone: (312) 201-2000
Facsimile:  (312) 201-2555

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on **April 3, 2008**, a copy of the foregoing **DEFENDANT FIRST MIDWEST BANK'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Angela Stinson-Marti