IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE LUCKETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST MIDWEST BANK, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil No. 08cv1501 <br> ) <br> ) Judge Castillo <br> ) <br> ) Magistrate Brown <br> ) <br> ) |

## NOTICE OF MOTION

TO:  Terence J. Tyksinski             Robert Handelsman
     77 W. Washington St.             77 W. Washington
     Suite 517                        Suite 1717
     Chicago, IL 60602                Chicago, IL 60602

PLEASE TAKE NOTICE that on the 8th day of April, 2008, at the hour of 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Ruben Castillo in the courtroom usually occupied by him (Room 2141) at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendant First Midwest Bank's Motion for an Extension of Time to Answer or Otherwise Plead,* a copy of which is attached hereto and hereby served upon you.

DATED:  April 3, 2008                FIRST MIDWEST BANK


                                     By   /s/ Angela Stinson-Marti
                                          One of Their Attorneys

Craig M. White (#2999668)
Angela Stinsoon-Marti (#6279869)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000
(312) 201-2555 Fax

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 3, 2008, a copy of the foregoing DEFENDANT FIRST MIDWEST BANK'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Angela Stinson-Marti