UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Charlotte Luckett, et al.
                        Plaintiff,

v.                                                     Case No.: 1:08−cv−01501
                                                     Honorable Ruben Castillo

First Midwest Bank
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendant's motion for an extension of time to answer or otherwise plead [12] is granted. Defendant to answer or otherwise plead to the complaint on or before 4/30/2008. Motion hearing set for 4/8/2008 is vacated. Status report filing date of 5/2/2008 and settlement conference set for 5/7/2008 at 3:00 p.m. will stand.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.