```
               UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

CHARLOTTE LUCKETT, et al,       )
    Plaintiffs.                 )
                                )  08 C 1501
        vs.                     )
                                )  Judge Castillo
FIRST MIDWEST BANK,             )
    Defendant.                  )

### STATUS REPORT DUE MAY 2, 2008

On March 3, 2008, prior to the filing of this lawsuit, Plaintiffs' counsel sent a copy of the complaint to Paul Simpson, general counsel for First Midwest Bank ("FMB"). The cover letter with the complaint contained a settlement demand of $240,000. A copy of this letter was sent to FMB's counsel of record on April 10. As FMB wishes to file a motion pursuant to Fed. Rul. Civ. Pro. 12(b)(1) to dismiss the case for lack of subject-matter jurisdiction, a response to this demand would be premature at this time.

                                                    Respectfully submitted,

/s/ Angela Stinson-Marti                    /s/Robert Handelsman
_____                     _____
Angela Stinson-Marti                        Robert Handelsman
Wildman, Harrold, Allen                     Suite 1717
and Dixon                                   77 W. Washington St.
Suite 3000                                  Chicago, Ill. 60602
225 W. Wacker Drive                         312-977-1600
Chicago, Ill. 60606                         Atty. for Plaintiffs
312-201-2000
Atty. for Defendant

1