UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCKETT, | ) |
|   Plaintiff, | ) ) ) ) |
| v. | ) 08 C 1501 |
|  | ) Judge Castillo |
| FIRST MIDWEST BANK, | ) Magistrate Brown |
|   Defendant. | ) ) |

**DEFENDANT FIRST MIDWEST BANK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant First Midwest Bank ("First Midwest") by and through its attorneys, hereby move pursuant to 12(b)(1) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' action based on Plaintiffs' failure to plead facts establishing that this Court has subject matter jurisdiction. In support, First Midwest states as follows:

1.	Plaintiffs Charlotte Luckett, Ludella Parks, Rosetta Catlett, Alvin Hutton, Fletcher Hutton, Rodney Hutton, Philip Hutton, Maurice Hutton, Calvin Hutton, Fenner Hutton, Jr., Yolanda Hutton, Cateria Hutton, Lentell Hutton, Levar Hutton, Ivory Jean Hutton, Aronta Tucker, Arreium Tucker, Arteshia Tucker, and Anthony Tucker, Jr. filed their Amended Complaint on March 12, 2008, asserting claims against First Midwest for alleged abuse of fiduciary duty.

2.	In their Amended Complaint, Plaintiffs allege that subject-matter jurisdiction is premised upon 28 U.S.C. Secs. 1331 and 1337(a).

3.	However, the **only** claim in their Amended Complaint against First Midwest is a state law abuse of fiduciary duty claim.

1870861-1

4.   As stated more fully in the accompanying Memorandum of Law in Support, since Plaintiffs' right to relief is based on an alleged violation of state law, and not a violation of any federal statute, federal court jurisdiction does not exist.  Accordingly, Plaintiffs' Amended Complaint should be dismissed with prejudice for lack of subject-matter jurisdiction.

WHEREFORE, First Midwest moves for the entry of an order dismissing Plaintiffs' Amended Complaint with prejudice pursuant to 12(b)(1) of Federal Rules of Civil.

DATED: April 30, 2008                                         Respectfully submitted,


                                                              /s/ Angela Stinson-Marti
                                                              One of the Defendant's Attorneys



Craig White (#2999668)
Angela Stinson-Marti (#6279869)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Phone: (312) 201-2637
Facsimile: (312) 201-2555

1870861-1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 30, 2008, a copy of the foregoing DEFENDANT FIRST MIDWEST BANK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Angela Stinson-Marti

1870861-1