# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE LUCKETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 08cv1501 |
| ) | |
| FIRST MIDWEST BANK, et al., ) | Judge Castillo |
| ) | |
| Defendants. ) | Magistrate Brown |
| ) | |

## NOTICE OF MOTION

TO:   Terence J. Tyksinski            Robert Handelsman
      77 W. Washington St.            77 W. Washington
      Suite 517                       Suite 1717
      Chicago, IL  60602              Chicago, IL  60602

PLEASE TAKE NOTICE that on the 7th day of May, 2008, at the hour of 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Ruben Castillo in the courtroom usually occupied by him (Room 2141) at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present DEFENDANT FIRST MIDWEST BANK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, a copy of which is attached hereto and hereby served upon you.

DATED:   April 30, 2008            FIRST MIDWEST BANK


                                   By    /s/ Angela Stinson-Marti
                                         One of Their Attorneys


Craig M. White (#2999668)
Angela Stinsoon-Marti (#6279869)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000
(312) 201-2555 Fax

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on April 30, 2008, a copy of the foregoing DEFENDANT FIRST MIDWEST BANK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of such filing to all counsel of record.

      /s/ Angela Stinson-Marti