# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1501 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Charlotte Luckett, et al. Vs. First Midwest Bank | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/7/2008. Defendant's motion to dismiss plaintiffs' complaint for lack of subject matter jurisdiction [16] is granted. This case is hereby dismissed without prejudice. Settlement conference set for 5/7/2008 is vacated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|