```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

CHARLOTTE LUCKETT, et al,       )
    Plaintiffs,                 )
                                )    08 C 1501
       vs.                      )
                                )    Judge Castillo
FIRST MIDWEST BANK,             )
    Defendant.                  )
```

PLAINTIFFS' MOTION TO RECONSIDER THE DISMISSAL FOR LACK OF SUBJECT-MATTER JURISDICTION

Now come the Plaintiffs, Charlotte Luckett, et al, by and through their attorneys, Robert Handelsman and Terence J. Tyksinski, and, pursuant to Fed. Rul. Civ. Pro. 59(e), moves this court to alter and vacate the dismissal of this cause of action on May 7, 2008 for lack of subject-matter jurisdiction.

In support of this motion, a memorandum is filed herewith and incorporated herein by reference.

Respectfully submitted,

/s/Robert Handelsman
_____

| | |
|---|---|
| Terence J. Tyksinski | Robert Handelsman |
| Suite 517 | Suite 1717 |
| 77 W. Washington St. | 77 W. Washington St. |
| Chicago, Ill. 60602 | Chicago, Ill. 60602 |
| 312-372-3525 | 312-977-1600 |

Attys. for Plaintiffs

1