```
             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

CHARLOTTE LUCKETT, et al,       )
     Plaintiffs,                )
                                )      08 C 1501
        vs.                     )
                                )      Judge Castillo
FIRST MIDWEST BANK,             )
     Defendant.                 )
```

NOTICE OF MOTION

To: Angela Stinson-Marti
    Wildman, Harrold, Allen and Dixon

You are hereby advised that Plaintiffs' Rule 59(e) motion to alter and vacate, filed May 16, 2008, will be presented to the Hon. Ruben Castillo in Courtroom 2141 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois at 9:45 AM on May 28, 2008.

/s/Robert Handelsman
_____
Robert Handelsman
Suite 1717
77 W. Washington St.
Chicago, Ill. 60602
312-977-1600
Atty for Plaintiffs

1