# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Charlotte Luckett, et al.

Plaintiff,

v.

First Midwest Bank

Defendant.

Case No.: 1:08−cv−01501

Honorable Ruben Castillo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 5/28/2008. Defendants' response to Plaintiffs' motion to reconsider the dismissal for lack of subject matter jurisdiction [20] is due on or before 6/18/2008. Plaintiffs' reply will be due on or before 7/9/2008. The Court will rule by mail. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.